UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE A. WYERS,

          Plaintiff,

Case No.: 23-11717
Hon. Jonathan J.C. Grey

vs.

STARBUCKS COFFEE COMPANY,
a foreign profit corporation,

          Defendant.

_____

## INDEX OF EXHIBITS

Exhibit 1 – Complaint filed June 13, 2023

Exhibit 2 – Letter serving defendant Starbucks with Plaintiff's Interrogatories and Requests to Produce dated September 18, 2023

Exhibit 3 – Email correspondence granting extension to respond to November 2, 2023

Exhibit 4 - Plaintiff's Certification of Teleconference