# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JESSIE A. WYERS,

    Plaintiff,

Case No.: 23-11717
Hon. Jonathan J.C. Grey

vs.

STARBUCKS COFFEE COMPANY,
a foreign profit corporation,

    Defendant.

---

# EXHIBIT 2

**BARATTA & BARATTA, P.C.**
Professional Corporation

CHRISTOPHER R. BARATTA                                                                                     LISA A. BARATTA

ATTORNEYS AT LAW
120 MARKET STREET
MT. CLEMENS, MI 48043-5674
Phone: (586) 469-1111
Direct Dial: (586) 868-4413
Fax: (586) 868-4311
chris@barattalegal.com

September 18, 2023

Dora A. Brantley, Esq.                                         ***VIA ELECTRONIC SERVICE:***
Foster, Swift, Collins & Smith, PC                  dbrantley@fosterswift.com
28411 Northwestern Highway, Ste. 500
Southfield, MI 48034

    Re:    Jessie A. Wyers v Starbucks Coffee Company
             United States District Court Case No: 23-11717
             <u>Our File No: 2921</u>

Ms. Brantley:

Enclosed please find Plaintiff's First Set of Interrogatories to Defendant, Starbucks Coffee Company Pursuant to Fed.R.Civ.P.33 and Plaintiff's 1st Request for Productions of Document to Defendant Pursuant to Fed.R.Civ.P.34.

Should you have any questions regarding this, please feel free to contact me.

Sincerely,

BARATTA & BARATTA, P.C.

Christopher R. Baratta
/mmd

Enc.

cc:    Stuart Feldheim, Esq. (via e-mail)