UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE A. WYERS,

    Plaintiff,

Case No.: 23-11717
Hon. Jonathan J.C. Grey

vs.

STARBUCKS COFFEE COMPANY,
a foreign profit corporation,

    Defendant.

# EXHIBIT 3

**Dawn Barnes**

| | |
|---|---|
| **From:** | Christopher Baratta <chris@barattalegal.com> |
| **Sent:** | Friday, November 3, 2023 10:42 AM |
| **To:** | Brantley, Dora |
| **Cc:** | Melany Tanner; Stuart Feldheim; Dawn Barnes |
| **Subject:** | RE: Wyers v Starbucks |

Hi Dora,

Your discovery responses were due yesterday. I granted you that extension but we haven't received anyt responses from you.

I'll have to file a motion to compel next week.

*Christopher R. Baratta*
**Baratta & Baratta, P.C.**
120 Market Street
Mt. Clemens, MI 48043
Office: (586) 469-1111 ext. 1
Direct Line: (586) 868-4413
Fax: (586) 868-4311
chris@barattalegal.com

---

**From:** Brantley, Dora <dbrantley@fosterswift.com>
**Sent:** Thursday, October 19, 2023 2:01 PM
**To:** Christopher Baratta <chris@barattalegal.com>
**Cc:** Melany Tanner <melanytanner@barattalegal.com>; Stuart Feldheim <stuart@lawsmf.com>; dawn@lawsmf.com
**Subject:** Re: Wyers v Starbucks

I will prioritize the PO and get a draft to you asap.

If it is the video you are most interested in (of course, recognizing Defendant will respond to Plaintiff's other discovery requests), I may be able to short circuit that. I will check with my client.

I will still send a formal request for production or inspection regarding the cup and lid so that we have Plaintiff's official response in writing.

Dora




Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Christopher Baratta <chris@barattalegal.com>
**Sent:** Thursday, October 19, 2023 1:33:44 PM

1

**To:** Brantley, Dora <dbrantley@fosterswift.com>
**Cc:** Melany Tanner <melanytanner@barattalegal.com>; Stuart Feldheim <stuart@lawsmf.com>; dawn@lawsmf.com <dawn@lawsmf.com>
**Subject:** RE: Wyers v Starbucks

[CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

Dora,

I can't stipulate to a Protective Order until I look at the language.

My client did not retain the cup or lid.
We have requested exemplars from your client.

I'd like to get the discovery as soon as possible.
We have been waiting to see the video for quite a while.
Will it be within 14 days? Perhaps we could enter an order for your responses and modify the caption at the same time?


*Christopher R. Baratta*
**Baratta & Baratta, P.C.**
120 Market Street
Mt. Clemens, MI 48043
Office: (586) 469-1111 ext. 1
Direct Line: (586) 868-4413
Fax: (586) 868-4311
chris@barattalegal.com


**From:** Brantley, Dora <dbrantley@fosterswift.com>
**Sent:** Thursday, October 19, 2023 1:30 PM
**To:** Christopher Baratta <chris@barattalegal.com>
**Cc:** Melany Tanner <melanytanner@barattalegal.com>; Stuart Feldheim <stuart@lawsmf.com>; dawn@lawsmf.com
**Subject:** RE: Wyers v Starbucks

Hi, Chris- Thank you for your patience. On Monday a new Associate attorney started with the firm, and that person will be primarily dedicated to my files. I have been overwhelmed since the beginning of the year, even before I moved to Foster Swift. The addition to my team should help tremendously. Again, I thank you for your patience.

As it relates to the discovery answers, I am actively working with Starbucks to compile them. I hope to have them to you within the next 14 days. One thing I will need is a Protective Order. Will you stipulate to entry of a Protective Order?

Finally, I would like to schedule a date and time to inspect the cup and lid that your client was served? Would you please send over a few dates and times to accomplish that?

Dora
**Dora A. Brantley**
Shareholder
Foster Swift Collins & Smith PC
28411 Northwestern Highway, Suite 500
Southfield, MI 48034
Phone: 248.785.4697

Fax: 248.200.0252
dbrantley@fosterswift.com
www.fosterswift.com

**From:** Christopher Baratta <chris@barattalegal.com>
**Sent:** Thursday, October 19, 2023 10:18 AM
**To:** Brantley, Dora <dbrantley@fosterswift.com>
**Cc:** Melany Tanner <melanytanner@barattalegal.com>; Stuart Feldheim <stuart@lawsmf.com>; dawn@lawsmf.com
**Subject:** Wyers v Starbucks

[CAUTION - EXTERNAL EMAIL] DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

Dora,

Your discovery is past due.

Please let us know when we can expect to receive your responses.

*Christopher R. Baratta*
**Baratta & Baratta, P.C.**
120 Market Street
Mt. Clemens, MI 48043
Office: (586) 469-1111 ext. 1
Direct Line: (586) 868-4413
Fax: (586) 868-4311
chris@barattalegal.com

DISCLAIMER/CONFIDENTIALITY: This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. Any document attached is a legal document and should not be changed or altered without the knowledge and approval of legal counsel. The sender takes no responsibility for any alterations, additions, revisions or deletions to any such document. Due to software and printer variations, documents printed at the recipient's location may vary from the original printed document.